```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
LIBERTY INSURANCE UNDERWRITERS, INC.,                             :
                                                                  :
                             Plaintiff,                           :
                                                                  :         20-cv-10025 (LJL)
              -v-                                                 :
                                                                  :              ORDER
EPIQ EDISCOVERY SOLUTIONS, INC.,                                  :
                                                                  :
                             Defendant.                           :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2020

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of Plaintiff's motion for a preliminary injunction and motion for limited expedited discovery. Dkt. Nos. 6, 10; *see also* Dkt. No. 12.

A hearing is scheduled on the motions for December 2, 2020 at 2:00 p.m. The parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and to follow the necessary prompts.

Plaintiff is directed to provide Defendant with a copy of this Order and to immediately inform Defendant of the hearing by email and by telephone.

SO ORDERED.

Dated: December 1, 2020  
       New York, New York  
                                             LEWIS J. LIMAN  
                                         United States District Judge