```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
LIBERTY INSURANCE UNDERWRITERS, INC.,                            :
                                                                 :
                                  Plaintiff,                     :
                                                                 :         20-cv-10025 (LJL)
            -v-                                                  :
                                                                 :         ORDER
EPIQ EDISCOVERY SOLUTIONS, INC.,                                 :
                                                                 :
                                  Defendant.                     :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2020

LEWIS J. LIMAN, United States District Judge:

The parties have informed the Court that they have reached an interim agreement that mitigates the present need for a temporary restraining order and a preliminary injunction. Plaintiff's motion for a temporary restraining order and a preliminary injunction and motion for limited expedited discovery are therefore DENIED without prejudice to their renewal should there be a need for emergency relief satisfying the standards of Fed. R. Civ. P. 65.  If there is such a need, Plaintiff should file a new set of papers.  Accordingly, the conference scheduled for today, December 3, 2020, is CANCELLED.

An initial pretrial conference is scheduled for January 4, 2021 at 11:00 a.m.  One week prior to conference, the parties shall jointly submit a proposed Case Management Plan and Scheduling Order pursuant to Rule 4(A) of the Court's Individual Practices in Civil Cases.  The parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and to follow the necessary prompts.

2

The Clerk of Court is respectfully directed to cancel the hearing previously scheduled for December 3, 2020 and to close Dkt. Nos. 6, 10.

SO ORDERED.

Dated: December 3, 2020  
New York, New York

_____  
LEWIS J. LIMAN  
United States District Judge